IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02751-CBS | Date: December 1, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*     *Counsel:*

BRUCE O. BAUMANN,     Gary Fielder

Plaintiff,

v.

BRIAN (I) O'NIEL, *et al.,*     Jennifer Johnson

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in session: 08:28 a.m.**
Court calls case. Appearances of counsel.

This hearing comes before the Court in regards to MOTION [22] for Leave to File First Amended Complaint, Unopposed MOTION [18] to Stay Discovery, and MOTION [17] to Dismiss Pursuant to FED.R.Civ.P. 12(b)(1) and 12(b)(6). The Defendant does not oppose the Plaintiff filing an amended complaint. There are some errors within the proposed amended complaint.

**ORDERED:** MOTION [22] for Leave to File First Amended Complaint is **GRANTED**. Mr. Fielder shall make corrections to the proposed amended complaint as stated on the record and file the new amended complaint, which will be deemed as filed today.

MOTION [17] to Dismiss Pursuant to FED.R.Civ.P. 12(b)(1) and 12(b)(6) is **DENIED as MOOT.**

Unopposed MOTION [18] to Stay Discovery is **GRANTED**. Discovery is STAYED pending a resolution on future Motion to Dismiss.

Pilot Program consent form shall be filed by 12:00 p.m. on December 5, 2014.

Hearing Concluded.

**Court in recess: 08:36 a.m.**
Time in court: 00:08

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.